**No. 10-6054. In re Albert Darcy Medina, Petitioner.**

562 U.S. 1196, 131 S. Ct. 1039, 178 L. Ed. 2d 858, 2011 U.S. LEXIS 615.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1001, 131 S. Ct. 512, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8388.

**No. 10-6134. Mark DuHall, Petitioner v. Lennar Family of Builders.**

562 U.S. 1196, 131 S. Ct. 1039, 178 L. Ed. 2d 858, 2011 U.S. LEXIS 681.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1010, 131 S. Ct. 518, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8527.

**No. 10-6215. Elizabeth McCray, Petitioner v. Chrysler LLC.**

562 U.S. 1196, 131 S. Ct. 1039, 178 L. Ed. 2d 858, 2011 U.S. LEXIS 691.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1067, 131 S. Ct. 647, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9313.

**No. 10-6227. Debra Williams, aka Margaret McCarthy, Petitioner v. Arist-** edes W. Zavares, Executive Director, Colorado Department of Corrections, et al.

562 U.S. 1196, 131 S. Ct. 1039, 178 L. Ed. 2d 858, 2011 U.S. LEXIS 620.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 987, 131 S. Ct. 426, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8174.

**No. 10-6305. Jovan Watkins, Petitioner v. Maryland Division of Corrections, et al.**

562 U.S. 1196, 131 S. Ct. 1039, 178 L. Ed. 2d 858, 2011 U.S. LEXIS 671.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1031, 131 S. Ct. 588, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8739.

**No. 10-6309. David J. Washington, Petitioner v. Louis Harrelson, et al.**

562 U.S. 1196, 131 S. Ct. 1040, 178 L. Ed. 2d 858, 2011 U.S. LEXIS 668.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1032, 131 S. Ct. 571, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8682.